UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DE IVORY SMITH, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2623** |
| **MANHATTAN MANAGEMENT CO., ET AL.** | **SECTION "R" (2)** |

### ORDER TRANSFERRING CASE DUE TO RELATED PROCEEDING

It has been brought to the Court's attention that the above captioned matter is related to Civil Action No. 13-6805, *Scott vs. Manhattan Management, Co., et al.,* previously allotted to Section "B"(2) of this Court.

Accordingly,

IT IS ORDERED that this matter is hereby transferred to Section "B"(2) for further proceedings.

New Orleans, Louisiana, this 25th day of November, 2014.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

11/25/14
TRANSFERRED TO
**SECT. BMAG 2**