EXHIBIT A

| Plaintiff | Total Settlement Amount |
|---|---|
| De Ivory Smith | $7569.35[1] |
| Marlie Trujillo | $1375.75[2] |
| Rachelle Lee | $2,068.33 |
| Alfred White | $3597.38 |
| Joy Austin | $1702.63 |
| Kellie Robinson | $2152.13 |
| Karen Johnson | $2011.50 |
| Terrence Hooper | $1,474.73 |
| Robert Ciarcante | $374.98 |

---

[1] This amount includes Incentive Bonus.
[2] This amount includes Incentive Bonus.