UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DE IVORY SMITH, ET AL. | CIVIL ACTION |
| VERSUS | NO. 14-2623 |
| MANHATTAN MANAGEMENT COMPANY, LLC, ET AL. | SECTION "B"(2) |

## JUDGMENT

Considering the Joint Motion for Approval of Settlement and the Court's previously filed Order and Reasons,

**IT IS ORDERED** that the Motion is **GRANTED** and that the terms of the Stipulation of Settlement are hereby **APPROVED** and **ADOPTED** by reference. *See* Rec. Docs. 96, 96-1.

**IT IS FURTHER ORDERED** that, pursuant to the terms of the Stipulation of Settlement and the prior Order and Reasons relative to the Motion to Fix Attorney's Fees and Costs filed by Plaintiffs, Defendants are hereby ordered to pay to Plaintiffs the sum of $37,931.99, representing reasonable attorney's fees and costs as set forth in the Fair Labor Standards Act, 20 U.S.C. § 201, *et seq*.

New Orleans, Louisiana, this 10th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE